IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| NGO XUAN DINH and | § | CASE NO. 14-34123 |
| NINA NHATHUY DINH | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTORS. | § | |
| | § | |
| GULAM GULAMALI | § | |
| | § | ADVERSARY PROCEEDING |
| Plaintiff, | § | (COMPLAINT OBJECTING TO |
| | § | DISCHARGE OF DEBT) |
| v. | § | |
| | § | ADVERSARY NO. 14-03320 |
| NGO XUAN DINH and | § | |
| NINA NHATHUY DINH | § | |
| Defendants. | § | |

## PLAINTIFF GULAM GULAMALI'S
## MOTION TO DEPOSIT MONIES INTO THE REGISTRY OF THE COURT

TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Rule 67 of the Federal Rules of Civil Procedure, Plaintiff Gulam Gulamali moves the Court for an Order authorizing the deposit of $97,000 into the Court registry, which amount represents the net proceeds obtained at auction for the property known as 3410 Township Grove Lane, Houston, Texas 77082, (the "Property"), and which Property was levied upon on March 30, 2016. The Property was sold at auction on May 5, 2016, for $97,000, plus the U.S. Marshals Service's commission and fees. The $97,000 in net funds obtained at auction should be turned over to the Clerk of the Court for deposit into the Court registry pending further Order of this Court.

Plaintiff requests that the Clerk of the Court be permitted by Court Order to accept and deposit said funds into an interest-bearing account or instrument approved by the Court, until

such time as the disposition of said funds is determined pursuant to the further Order of this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Gulam Gulamali respectfully requests that the Court enter an Order authorizing deposit of $97,000 into the Registry of the Court into an interest-bearing account or instrument approved by the Court, until such time as the disposition of said funds is determined pursuant to further Order of this Court.

Respectfully submitted,

WILLIAM F. HARMEYER & ASSOCIATES, P.C.

*/s/William F. Harmeyer*
William F. Harmeyer
State Bar No. 09019000
Federal Bar No. 149
7322 Southwest Freeway, Suite 475
Houston, Texas 77074
Tel: (713) 270-5552
Fax: (713) 270-7128
Email: wharmeyer@harmeyerlaw.com
Attorney for Plaintiff,
Gulam Gulamali.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing *Motion to Deposit Monies Into the Registry of the Court* has been served on the following parties on this 30th day of May, 2016:

Timothy Webb
Webb Associates
3401 Louisiana Street, Suite 120
Houston, Texas 77002
Attorney for Defendants,
Ngo Xuan Dinh and Nina Nhathuy Dinh
*Via Electronic Service*

Ms. Kimberly A. Farmer Mendez
Civil Process Specialist
U.S. Marshals Service
Southern District of Texas
Houston, TX 77002
*Via Email: Kimberly.FarmerMendez@usdoj.gov*

Ngo Xuan Dinh and Nina Nhathuy Dinh
7825 Black Fin Lane
Houston, Texas 77072
*Via Certified Mail, Return Receipt Requested*

Ngo Xuan Dinh and Nina Nhathuy Dinh
3410 Township Grove Lane
Houston, Texas 77082
*Via Certified Mail, Return Receipt Requested*

/s/William F. Harmeyer
William F. Harmeyer